**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SQ USA, INC.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  SQ Medical Supplies, Inc.** <br> **FKA  Shengquan USA Inc.** <br> **FKA  Aussino International Corporation** <br> **FKA  Aussino Online (USA) Inc** <br> **FKA  Mirare International Corporation** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2900568** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1001 S Lawson St.** <br> **City of Industry, CA 91748** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.sq-usa.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | SQ USA, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___4249___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [x] No
- [ ] Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **SQ USA, INC.**          Case number (*if known*) _____
    Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **SQ USA, INC.**                                        Case number (*if known*)
         Name

 **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 10, 2024**
              MM / DD / YYYY

**X** _____          **Ruolin Huang**
Signature of authorized representative of debtor     Printed name

Title   **Authorized Signatory**

**18. Signature of attorney**

**X** /s/Keith Patrick Banner                          Date   **July 10, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Keith Patrick Banner**
Printed name

**Greenberg Glusker Fields Claman & Machtinger**
Firm name

**2049 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **310-553-3610**   Email address   **kbanner@greenbergglusker.com**

**259502 CA**
Bar number and State

**WRITTEN CONSENT**
**OF THE**
**BOARD OF DIRECTORS**
**OF SQ USA, INC.**
**a California corporation**

Effective as of July 5, 2024

The undersigned, constituting a quorum and majority of the members of the Board of Directors ("Board") of SQ USA INC. (the "Corporation"), do hereby adopt the following resolutions by written consent without a meeting acting pursuant to, and in accordance with the provisions of Section 307(b) of the Corporations Code of California, as amended, and the Bylaws of the Corporation, and direct that this written consent (this "Consent") be filed with the minutes of the proceedings of the Corporation:

WHEREAS, the Board has considered the current financial condition and operational aspects of the Corporation's business; and

WHEREAS, the Board has explored the strategic alternatives available to the Corporation and has determined that an orderly liquidation of the Corporation in a chapter 7 case is in the best interest of the Corporation's stakeholders.

NOW, THEREFORE, BE IT RESOLVED that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, employees, and other stakeholders that the Corporation file a voluntary petition (the "Bankruptcy Petition") seeking relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in order to effectuate a liquidation of the Corporation.

RESOLVED FURTHER, that Ruolin Huang (the "Authorized Signatory"), be, and hereby is, authorized on behalf of the Corporation to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Authorized Signatory deems necessary, desirable and proper in connection with the Corporation's chapter 7 case (the "Bankruptcy Case"), with a view to the successful prosecution of such case.

RESOLVED FURTHER, that the Authorized Signatory, on behalf of the Corporation, is authorized, empowered and directed to retain the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as bankruptcy counsel to represent and assist the Corporation in the Bankruptcy Case in carrying out its duties under the Bankruptcy Code, and the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to, and immediately upon the filing of the Bankruptcy Petition, and to cause to be filed in the Bankruptcy Case an appropriate application for authority to retain the services of Greenberg Glusker and any further documents, as appropriate, regarding the retention of Greenberg Glusker's services.

RESOLVED FURTHER, that the Authorized Signatory be, and hereby is, authorized on behalf of the Corporation to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Signatory to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Bankruptcy Case.

RESOLVED FURTHER, that any and all actions heretofore taken by any Authorized Signatory or the Board in the name and on behalf of the Corporation in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*(Signature page follows.)*

IN WITNESS WHEREOF, the undersigned have duly executed this instrument as of the date first above written.  Facsimile, scanned, electronic and counterpart signatures shall be acceptable as originals.

**BOARD OF DIRECTORS:**

DocuSigned by:

*Fulai Bai*

73BB41DD0B9D41C...

Fulai Bai

DocuSigned by:

*Xu Ding*

505BE87FF84E4DE...

Xu Ding

Acknowledged and Accepted:

**AUTHORIZED SIGNATORY:**

DocuSigned by:

*Ruolin Huang*

092DE7CC020D487...

Ruolin Huang

**Fill in this information to identify the case:**

Debtor name    SQ USA, INC.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☑ Schedule H: Codebtors (Official Form 206H)
☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 10, 2024         X _____
                                       Signature of individual signing on behalf of debtor

                                     **Ruolin Huang**
                                     Printed name

                                     **Authorized Signatory**
                                     Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **City of Industry**                        , California.

Date:         **July 10, 2024**

**Ruolin Huang, Authorized Signatory**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                         Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  **SQ USA, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*...................................................................................... $     **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................... $     **252,135.04**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $     **252,135.04**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **584.84**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **21,312,817.79**

4.   Total liabilities .....................................................................................................
     Lines 2 + 3a + 3b
        $     **21,313,402.63**

**Fill in this information to identify the case:**

Debtor name __SQ USA, INC.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **East West Bank** | **Checking** | **3788** | $5,370.39 |
| 3.2. **East West Bank** | **Savings** | **9702** | $0.98 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. **Amazon Account** | | $461.84 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $5,833.21

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. **Lease security deposit for 1001 Lawson St., City of Industry, CA** | $81,062.32 |
|---|---|

Debtor    **SQ USA, INC.**                                Case number *(If known)* _____
             Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.    **Total of Part 2.**                                          | $81,062.32 |
       Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:         **926.21**    -    **255.00**  = ....            **$671.21**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:         **18,309.00**    -    **18,309.00**  =....            **$0.00**
                              face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                          | $671.21 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials**<br>**Raw Materials** | | | Cost | **$9,434.09** |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale**<br>**Inventory (Finished Goods)** | | | Cost | **$110,353.19** |
| 22.   **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**                                          | $119,787.28 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**

| Debtor | **SQ USA, INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Various office furniture and fixtures located at 1001 Lawson St., City of Industry, CA** | $12,184.29 | Cost | $22,998.29 |
| 40. | **Office fixtures** **See No. 39 for fixtures not separately identified.** | | | |
| | Signs | $1,258.00 | Cost | $2,300.00 |
| | Alarm and security system | $2,348.10 | Cost | $6,128.10 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Various computers and other office equipment located at 1001 Lawson St., City of Industry, CA** | $2,359.23 | Cost | $9,499.23 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $40,925.62 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | **SQ USA, INC.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

- [x] No
- [ ] Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- [ ] No. Go to Part 9.
- [x] Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Manufacturing equipment located 1001<br>Lawson St., City of Industry, CA** | $53.40 | Cost | $3,855.40 |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $3,855.40 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

- [ ] No
- [x] Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- [x] No
- [ ] Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

- [x] No. Go to Part 10.
- [ ] Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- [ ] No. Go to Part 11.
- [x] Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>**Trademark "Ethereal Earth<br>Application Pending<br>USPTO Serial No. 98242556** | | | Unknown |
| **61. Internet domain names and websites** | | | |

Debtor    **SQ USA, INC.**                                              Case number *(If known)* _____
_____
Name

**www.sq-usa.com**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **Customer list and mailing list of former**
       **customers.**                                                                                    **Unknown**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**
       **Goodwill**                                                                                       **Unknown**

66.    **Total of Part 10.**                                                          | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ☑ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **SQ USA, INC.**
_____    Case number *(If known)* _____
        Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,833.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $81,062.32 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $671.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $119,787.28 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,925.62 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,855.40 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $252,135.04 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $252,135.04 |

**Fill in this information to identify the case:**

Debtor name  **SQ USA, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **SQ USA, INC.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**2.1**

Priority creditor's name and mailing address

**California Department of Tax & Fees**
**Account Information Group MIC 29**
**PO Box 942879**
**Sacramento, CA 94279-0029**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

**2.2**

Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Section MS A 340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

| Debtor | **SQ USA, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$584.84** | **$584.84** |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**225 North Hill Street**
**Los Angeles, CA 90012**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unsecured Property Tax Bill - July 2024-June 2025**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312.71** |
|---|---|---|---|

**ADT Security Services**
**1501 Yamato Road**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Amazon**
**410 Terry Ave N**
**Seattle, WA 98109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,270.94** |
|---|---|---|---|

**Facility Services Integrated**
**24114 Silk Tassel Road**
**Lake Elsinore, CA 92532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | SQ USA, INC. | Case number (if known) | |
|--------|--------------|------------------------|--|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.09 |
|-----|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Frontier**
**PO Box 211579**
**Saint Paul, MN 55121-2879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|-----|--------------------------------------------------|------------------------------------------------------------------------|---------|

**FTS Broadband**
**350 S. Crenshaw Blvd**
**Suite A201**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.25 |
|-----|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Rowland Water District**
**3021 Fullerton Road**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,201.12 |
|-----|--------------------------------------------------|------------------------------------------------------------------------|------------|

**RREEF CPIF San Gabriel Properties**
**c/o DWS Group**
**RREEF Management L.L.C**
**535 Anton Blvd Suite 200**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,270,000.00 |
|-----|--------------------------------------------------|------------------------------------------------------------------------|----------------|

**Shengquan HK Limited**
**22/F No. 3 Lockhart Road**
**Hong Kong SAR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|-----|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91771-0001**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.68 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Valley Vista Services**
**17445 Railroad St**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **SQ USA, INC.** | | Case number (if known) | |
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Transwestern Commercial Services**<br>**601 S Figueroa Street**<br>**Suite 3650**<br>**Los Angeles, CA 90017** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 584.84 |
| **5b. Total claims from Part 2** | 5b. + | $ 21,312,817.79 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 21,313,402.63 |

**Fill in this information to identify the case:**

Debtor name **SQ USA, INC.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial property located at 1001 Lawson St., City of Industry, CA** |
| | |
| State the term remaining | **11-30-2025** |
| | **RREEF CPIF San Gabriel Properties c/o DWS Group RREEF Management L.L.C 535 Anton Blvd Suite 200 Costa Mesa, CA 92626** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**SQ USA, INC.**_____

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **SQ USA, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ☐ Operating a business ☑ Other   **Business Operations** | $522,389.31 |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ☐ Operating a business ☑ Other   **Business Operations** | $685,136.12 |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ☐ Operating a business ☑ Other   **Business Operations** | $1,128,975.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    SQ USA, INC.    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See Attachment SOFA Part 2, Question 3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See Attachment SOFA: Part 2, Question 4 | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. The Expo, Inc. v. SQ Medical Supplies 22STCV28956 | Breach of Contract | Los Angeles County Superior Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None.

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | SQ USA, INC. | Case number *(if known)* | |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Greenberg Glusker LLP 2049 Century Park East Suite 2600 Los Angeles, CA 90067** | | **May 31, 2024 ($10,000) July 9, 2024 ($17,488)** | **$27,488.00** |
| | **Email or website address kbanner@greenbergglusker.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **SQ USA, INC.**                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Edward Li** <br> **1441 Paso Real Ave #265** <br> **Rowland Heights, CA 91748** | **Sale of Toyota Forklift (Model #8FGCU18, Serial #33810) for $9,000 (market value)** | **July 3, 2024** | **$9,000.00** |
| | Relationship to debtor <br> **None** | | | |
| 13.2. | **Frank Villavan** | **2018 GMC Savana (57421 miles; Vin xx8756) for $22,000 (appraised value)** | **July 3, 2024** | **$22,000.00** |
| | Relationship to debtor <br> **None** | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

__Names and addresses of customers__

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

| Debtor | SQ USA, INC. | | Case number *(if known)* | |

cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | SQ USA, INC. | Case number *(if known)* |
|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Lighthouse Consultants Inc**<br>**511 S 1st Ave**<br>**Ste C**<br>**Arcadia, CA 91006** | **accounting and financial records necessary for tax return preparation and related services** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **SQ USA, INC.**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Fulai Bai** | **1001 S Lawson St**<br>**City of Industry, CA 91748** | **Director / C.E.O.** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Xu Ding** | **1001 S Lawson St**<br>**City of Industry, CA 91748** | **Director / CFO / Secretary** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Hao Wang** | **1001 S Lawson St**<br>**City of Industry, CA 91748** | **Director** | **15%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **See Attached SOFA: Part 2, Question 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor   **SQ USA, INC.**                                          Case number (if known)

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 10, 2024**

_____            **Ruolin Huang**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Authorized Signatory**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# Attachment SOFA Part 2, Question 3

| Date | Payee | Payment (USD) |
|---|---|---|
| | | |
| 05/01/2024 | RREEF CPIF SAN GABRIEL PROPERTIES, LLC | 46,090.59 |
| 06/01/2024 | RREEF CPIF SAN GABRIEL PROPERTIES, LLC | 38,201.12 |
| | | |
| 06/11/2024 | Warehouse:Green Island Resource LLC | 1,000.00 |
| | | |
| 04/23/2024 | Law Offices of Benjamin Taylor Trust Account | 30,000.00 |
| | | |
| 05/02/2024 | Prudentia Law Corporation | 10,000.00 |
| | | |
| 05/29/2024 | Greenberg Glusker Fields Claman & Machtinger | 10,000.00 |
| 07/9/2024 | Greenberg Glusker Fields Claman & Machtinger | 17,488.00 |
| | | |
| 05/29/2024 | Lighthouse Consultants Inc | 3,720.00 |
| | | |
| 04/18/2024 | Franchise Tax Board (for 2024) | 800.00 |
| 06/28/2024 | Franchise Tax Board (for 2023) | 800.00 |
| 06/28/2024 | Franchise Tax Board (for 2023 late fee) | 47.00 |
| | | |
| 04/30/2024 | California Department of Tax & Fee Administration (CDTFA) | 843.00 |
| | | |
| 05/14/2024 | Sun Track Express Inc. | 17,871.02 |
| 06/20/2024 | Sun Track Express Inc. | 43,201.25 |
| 07/03/2024 | Sun Track Express Inc. | 17,984.80 |
| 05/13/2024 | Straight Forwarding, Inc. | 6,950.92 |
| 05/16/2024 | Straight Forwarding, Inc. | 166.25 |
| 06/06/2024 | Cargo Express Freight, Inc. | 5,065.85 |
| | | |
| 05/29/2024 | Chase Bank | 9,190.45 |
| 04/21/2024 | Chase Bank | 8,715.30 |
| 05/29/2024 | Chase Bank | 2,075.35 |
| 04/21/2024 | Chase Bank | 1,442.72 |
| 05/24/2024 | Chase Bank | 113.00 |
| 06/24/2024 | Chase Bank | 7,130.45 |
| 06/24/2024 | Chase Bank | 3,671.58 |
| 06/25/2024 | Chase Bank | 32.13 |
| | | |
| 05/28/2024 | Southern California Edison (SCE) | 827.87 |
| 04/29/2024 | Southern California Edison (SCE) | 711.54 |
| 06/26/2024 | Southern California Edison (SCE) | 905.55 |
| | | |
| 05/01/2024 | FTS Broadband | 500.00 |
| 06/13/2024 | FTS Broadband | 500.00 |
| | | |
| 05/01/2024 | Facility Services Integrated, LLC | 488.82 |
| | | |
| 04/17/2024 | USW Supply Chain Inc | 2,145.00 |
| | | |
| 6/27/2024 | Roger Ho:Dogfish Packaging LLC | 2,060.99 |
| 06/17/2024 | Roger Ho:Dogfish Packaging LLC | 18.03 |

## Attachment SOFA Part 2, Question 3

|  |  |  |
|---|---|---|
| 05/02/2024 | Michael G. Cooney | 590.00 |
|  |  |  |
| 05/29/2024 | Ko-Ting Chen (James) | 1,275.00 |
|  |  |  |
| 05/17/2024 | East West Bank | 112.00 |
| 06/20/2024 | East West Bank | 103.20 |
| 04/17/2024 | East West Bank | 75.00 |
| 05/17/2024 | East West Bank | 75.00 |
| 06/20/2024 | East West Bank | 75.00 |
| 04/17/2024 | East West Bank | 50.00 |
| 05/28/2024 | East West Bank | 50.00 |
|  |  |  |
| 04/23/2024 | Kaiser Permanente | 502.64 |
| 05/23/2024 | Kaiser Permanente | 502.64 |
|  |  |  |
| 04/23/2024 | ChoiceBuilder | 107.39 |
| 05/21/2024 | ChoiceBuilder | 107.39 |
|  |  |  |
| 06/03/2024 | Shopify | 39.00 |
|  |  |  |
| 07/05/2024 | Amazon Seller Central | 42.45 |
|  |  |  |
| 07/01/2024 | Intuit Quickbooks | 147.00 |

## Attachment SOFA: Part 2, Question 4

| Date | Payee | Payment (USD) |
|---|---|---|
| 09/12/2023 | Healtang Biotech Co.,Ltd | 600.00 |
| 02/21/2024 | Healtang Biotech Co.,Ltd | 3,450.00 |
| 04/17/2024 | Healtang Biotech Co.,Ltd | 3,900.00 |
| 05/30/2024 | Healtang Biotech Co.,Ltd | 5,649.00 |
| | | |
| 07/18/2023 | Shandong Shengquan New Materials Co., Ltd. | 3,051.06 |
| 09/14/2023 | Shandong Shengquan New Materials Co., Ltd. | 9,730.66 |
| 12/22/2023 | Shandong Shengquan New Materials Co., Ltd. | 6,887.22 |
| 01/10/2024 | Shandong Shengquan New Materials Co., Ltd. | 1,395.93 |
| 01/10/2024 | Shandong Shengquan New Materials Co., Ltd. | 22,754.83 |
| 01/12/2024 | Shandong Shengquan New Materials Co., Ltd. | 10,084.07 |
| 02/26/2024 | Shandong Shengquan New Materials Co., Ltd. | 1,795.36 |
| 02/26/2024 | Shandong Shengquan New Materials Co., Ltd. | 22,206.24 |
| 03/25/2024 | Shandong Shengquan New Materials Co., Ltd. | 22,206.24 |
| 04/02/2024 | Shandong Shengquan New Materials Co., Ltd. | 37,330.16 |
| 04/17/2024 | Shandong Shengquan New Materials Co., Ltd. | 3,423.61 |
| 04/17/2024 | Shandong Shengquan New Materials Co., Ltd. | 27,157.70 |
| 04/24/2024 | Shandong Shengquan New Materials Co., Ltd. | 60,932.64 |
| 04/29/2024 | Shandong Shengquan New Materials Co., Ltd. | 38,636.08 |
| 05/28/2024 | Shandong Shengquan New Materials Co., Ltd. | 18,894.40 |
| 05/30/2024 | Shandong Shengquan New Materials Co., Ltd. | 68,062.22 |
| 05/30/2024 | Shandong Shengquan New Materials Co., Ltd. | 8,012.22 |
| 06/04/2024 | Shandong Shengquan New Materials Co., Ltd. | 14,973.76 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re  **SQ USA, INC.** _____  Case No. _____

_____  Chapter  **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept .......................... | $ | per engagement agreement |
| Prior to the filing of this statement I have received .................. | $ | **$27,488*** |
| Balance Due .......................................................... | $ | hourly per engagement agreement |

***Consists of $ _____ in pre-petition services and $15,000 post-petition retainer**

2.  The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtor in any contested matters, including relief from stay actions or any adversary proceeding, except as may be agreed to by Greenberg Glusker.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  10, 2024** _____      /s/Keith Patrick Banner _____
*Date*                                            **Keith Patrick Banner**
                                                  *Signature of Attorney*
                                                  **Greenberg Glusker Fields Claman & Machtinger**
                                                  **2049 Century Park East**
                                                  **Suite 2600**
                                                  **Los Angeles, CA 90067**
                                                  **310-553-3610**
                                                  **kbanner@greenbergglusker.com**
                                                  *Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Keith Patrick Banner**<br>**Greenberg Glusker LLP**<br>**2049 Century Park East**<br>**Suite 2600**<br>Los Angeles, CA 90067<br>310-553-3610<br>California State Bar Number: **259502 CA**<br>kbanner@greenbergglusker.com | |

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**SQ USA, INC.** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **3** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **July 10, 2024**

Date:

Signature of Debtor 1
**Ruolin Huang, Authorized Signatory**

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **July 10, 2024**

*/s/Keith Patrick Banner*
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

SQ USA, INC.
1001 S Lawson St
Rowland Heights, CA 91748


Keith Patrick Banner
Greenberg Glusker Fields Claman & Machtinger
2049 Century Park East
Suite 2600
Los Angeles, CA 90067


ADT Security Services
1501 Yamato Road
Boca Raton, FL 33431


Amazon
410 Terry Ave N
Seattle, WA 98109


California Department of Tax & Fees
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029


Facility Services Integrated
24114 Silk Tassel Road
Lake Elsinore, CA 92532


Franchise Tax Board
Bankruptcy Section MS A 340
PO Box 2952
Sacramento, CA 95812-2952


Frontier
PO Box 211579
Saint Paul, MN 55121-2879

FTS Broadband
350 S. Crenshaw Blvd
Suite A201
Torrance, CA 90503


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-0001


Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012


Rowland Water District
3021 Fullerton Road
Rowland Heights, CA 91748


RREEF CPIF San Gabriel Properties
c/o DWS Group
RREEF Management L.L.C
535 Anton Blvd Suite 200
Costa Mesa, CA 92626


Shengquan HK Limited
22/F No. 3 Lockhart Road
Hong Kong SAR


Southern California Edison
PO Box 300
Rosemead, CA 91771-0001


Transwestern Commercial Services
601 S Figueroa Street
Suite 3650
Los Angeles, CA 90017

Valley Vista Services
17445 Railroad St
Rowland Heights, CA 91748

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Keith Patrick Banner**
**Greenberg Glusker LLP**
**2049 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067**
**310-553-3610**
California State Bar Number: **259502 CA**
kbanner@greenbergglusker.com

FOR COURT USE ONLY

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**SQ USA, INC.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **7**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Ruolin Huang**                                                        , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

  ☑ I am the president or other officer or an authorized agent of the Debtor corporation

  ☐ I am a party to an adversary proceeding

  ☐ I am a party to a contested matter

  ☐ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**SHANDONG SHENGOUAN NEW MATERIALS CO (direct 85% interest)**
**Shengquan Industrial Park**
**Zhangqiu District**
**Jinan City, Shandong Province**
**China**

**JTINAN SHENGOUAN GROUP SHARE HOLDINGS (indirect 85% interest)**
**Shengquan Industrial Park**
**Zhangqiu District**
**Jinan City, Shandong Province**
**China**

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**July 10, 2024**
Date

By: _____
  Signature of Debtor, or attorney for Debtor

Name: **Ruolin Huang, Authorized Signatory**
   Printed name of Debtor, or attorney for
   Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012               **F 1007-4.CORP.OWNERSHIP.STMT**